IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA I. PAYNE, | : | Civil No. 3:16-cv-372 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN KERESTES, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ___16th___ day of March, 2017, upon consideration of Defendants' motions (Docs. 16, 18) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 16) to dismiss filed on behalf of Defendant David Ahner is **GRANTED**.

2. The motion (Doc. 18) to dismiss filed on behalf of Defendants John Kerestes, Hugh Beggs, Jessica Carey, Sara Falkson, Jeanne Macknight, John Muick, John Steinhart, and Michael Vuksta is **GRANTED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff is granted **20 days from the date of this Order** to file a proposed Amended Complaint to cure the deficiencies with respect to the Eighth Amendment claim against Defendants Falkson and Ahner. Failure to timely file a proposed Amended Complaint may result in the dismissal of this action

without further notice of Court.

5. Should Defendants file a Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff must file a brief in opposition to such motion within 14 days after service of Defendants' briefs.[1]

_____
Robert D. Mariani
United States District Judge

---

[1] See M.D. Pa. Local Rule 7.6 ("Any party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief .... <u>Any party who fails to comply with this rule shall be deemed not to oppose such motion</u>.") (emphasis added).